United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| F. G. CROSTHWAITE and RUSSELL E. BURNS, in their respective capacities as Trustees, of the OPERATING ENGINEERS' HEALTH & WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, PENSION TRUST FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, and OPERATING ENGINEERS LOCAL 3,<br><br>       Plaintiffs,<br><br>  v.<br><br>BAY CITIES CONCRETE PUMPING, INC., a California corporation,<br><br>       Defendant.<br>_____/ | No. C 10-03939 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The case management conference is **CONTINUED** to **JANUARY 13, 2011, AT 11:00 A.M.** If plaintiffs file their motion for default judgment at least three days prior thereto, then they may request that the case management conference be postponed until the date of the noticed hearing on the motion for default judgment. All related deadlines are **EXTENDED** accordingly.

**IT IS SO ORDERED.**

Dated: December 8, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE