IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. G. CROSTHWAITE and RUSSELL E. BURNS, in their respective capacities as Trustees, of the OPERATING ENGINEERS' HEALTH & WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, PENSION TRUST FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, and OPERATING ENGINEERS LOCAL 3, <br><br> Plaintiffs, <br><br> v. <br><br> BAY CITIES CONCRETE PUMPING, INC., a California corporation, <br><br> Defendant. | No. C 10-03939 WHA <br><br> **ORDER DENYING REQUEST TO VACATE CASE MANAGEMENT CONFERENCE** |

The Court has already given a generous extension and it is time to bring this case to an end, so the request is **DENIED**. Incidentally, the case management conference is not conducted by telephone; counsel needs to personally attend the case management conference on January 13, 2011, at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: January 10, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE