IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. G. CROSTHWAITE and RUSSELL E. BURNS, in their respective capacities as Trustees, of the OPERATING ENGINEERS' HEALTH & WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, PENSION TRUST FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, and OPERATING ENGINEERS LOCAL 3,<br><br>    Plaintiffs,<br><br>  v.<br><br>BAY CITIES CONCRETE PUMPING, INC., a California corporation,<br><br>    Defendant. | No. C 10-03939 WHA<br><br>**ORDER TO SHOW CAUSE** |

A hearing on plaintiffs' motion for default judgment is set for 8:00 a.m. on March 31, 2011. Defendant Bay Cities Concrete Pumping, Inc. is ordered to attend the hearing. At the hearing, Bay Cities Concrete Pumping, Inc. shall show cause why default judgment should not be entered against it. Plaintiffs shall promptly serve this order on defendant.

**IT IS SO ORDERED.**

Dated: March 28, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE